ROSS A. SPECTOR, ESQ. (DC Bar #449359)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390
Telefax:    (415) 707-2064

Attorneys for Plaintiff Korea Deposit Insurance Corporation, a trustee in bankruptcy of
bankrupt Dong-A Mutual Savings & Finance Company

### UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

| | |
|---|---|
| **KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF BANKRUPT DONG-A MUTUAL SAVINGS & FINANCE COMPANY** 705-19 Yeoksam-dong Gangnam-gu Seoul, Republic of Korea, | Case No: **COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT** |

     Plaintiff,

vs.

**MONG HOON CHUNG**
4381 Westover Place, NW
Washington, DC 20016,

     Defendant.
_____/

     PLAINTIFF ALLEGES AS FOLLOWS:

//

//

//

**COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT**                    1

**JURISDICTION AND VENUE**

1.      This court has jurisdiction of this action under 28 U.S.C. Section 1332 which provides for diversity jurisdiction between citizens of diverse states where the dispute involves more than $75,000.00.

2.      Venue is properly within this district pursuant to, <u>inter alia</u>, 28 U.S.C. Section 1391(a)(1).

**PARTIES**

3.      Plaintiff Korea Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt Dong-A Mutual Savings & Finance Company ("KDIC") is a corporation, incorporated in the Republic of Korea ("Korea"), established by the Korean government to protect depositors' funds at KDIC-insured financial institutions.  Plaintiff's principal place of business is in Seoul, Korea.  KDIC is the successor trustee of bankrupt Dong-A Mutual Savings & Financial Company.  Mi Kwa Jeong and Jong Soo Kim were the previous trustees.  Attached hereto as Exhibit A is a true and correct, certified translation of a Certificate of Delivery Regarding the Issuance of the Execution Clause to Succeed wherein the defendant was advised by personal service on February 5, 2008 that KDIC is the successor trustee.

4.      Plaintiff is informed and believes that defendant Mong Hoon Chung ("Chung") is a citizen and resident of the District of Columbia.  From a review of the records of the Recorder of Deeds of the District of Columbia, title to that certain real property located at 4381 Westover Place, NW, Washington, DC 20016 vests in the name of Chung.  This action concerns KDIC's desire to have this court recognize and enforce a

Korean judgment entered against Chung pursuant to Chung's unpaid liability for a loan made by a KDIC-insured financial institution in the principal amount of KRW 1,615,000.000.

### FIRST CLAIM FOR RELIEF
(Recognition and Enforcement of Foreign Judgment)

5.    KDIC realleges and incorporates herein by reference as though more fully set forth the allegations contained paragraphs 1-4.

6.    Judgment was entered on January 6, 2006 in case number 2005 CHA 60081 of the Seoul (republic of Korea) Central District Court against Chung in the sum of KRW 3,194,602,739 plus interest at the rate of 19% per annum from October 22, 2005 until the judgment is paid in full.  Interest from October 22, 2005 through and including May 2, 2008 on said KRW 1,615,000,000 loan principal amount totals KRW 775,952,191.  Attached hereto as Exhibit B is a true and correct, certified translation of the judgment (Order for Payment).  The total amount due as of May 2, 2008 totals KRW 3,970,554,930.  On the date judgment was entered the exchange rate was US$1 = KRW 989.2.  Accordingly, as of May 2, 2008 the total amount due in U.S. dollars on the judgment entered in Korea on January 6, 2006 in case number 2005 CHA 60081 is $4,013,905.10.

7.    With regard to the above-referenced Korean court proceeding, Chung was personally served with the Order for Payment attached hereto as Exhibit B on December 9, 2005 in Korea.  Said Order for Payment specifically provides on its first page that the Order for Payment becomes an irrevocable judgment should Chung not respond to it within two weeks.  Chung never responded to the Order for Payment, within two weeks or at any time

thereafter.  The subject judgment is valid and enforceable in Korea and is final and conclusive.

8.    This action is brought pursuant to DC ST section 15-382 et. seq. which provides that a foreign-money judgment is enforceable in the same manner as the judgment of a sister jurisdiction which is entitled to full faith and credit.  The Korean judgment is final and conclusive and no appeal has been asserted.  Notwithstanding this, DC ST section 15-387 provides that a final and conclusive foreign money judgment may be recognized and enforced "even though an appeal therefrom is pending or it is subject to appeal".

WHEREFORE, plaintiff prays for judgment against the defendant in the sum of $4,013,905.10, plus interest at the rate of 19% per annum from and after May 3, 2008 on the loan principal of $1,632,632.43 (KRW 1,615,000,000 at US$ = KRW 989.2) until paid in full.

DATED: May 2, 2008

SPECTOR & BENNETT
A Professional Corporation

Ross A. Spector, Esq.
Attorneys for Plaintiff Korea Deposit Insurance
Corporation, a trustee in bankruptcy of bankrupt
Dong-A Mutual Savings & Finance Company
50 California Street, 15th Floor
San Francisco, California 94111

COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT

4

# EXHIBIT A

REPUBLIC OF KOREA                              )
SPECIAL CITY OF SEOUL                          )  S.S.
EMBASSY OF THE UNITED STATES OF AMERICA        )

I certify that the official named below, whose true signature and official seal
are, respectively, subscribed and affixed to the annexed document, was, on
this _____ day of ___ 1 2 FEB 2008 ___ , 20_____, empowered to act in the
official capacity designated in the annexed document, to which faith and
credit are due.

CHEOL GEE KIM
_____
(Typed Name of Official)

_____
(Signature of Consular Officer)

**Elizabeth K.Lee**
**Vice Consul**
_____
(Typed Name of Consular Officer)

Vice Consul  of the United States of America
(Title of Consular Officer)

1 2 FEB 2008
_____
(Date)

SEO-223

# 공증인가 법무법인 한미

[제41호 서식]

Tel : 398-5956~7  Fax : 398-5958

Registered  No.    2008   –   1437

# NOTARIAL   CERTIFICATE



## HANMI LAW AND NOTARY OFFICE

Leema B/D Suite301, 146-1 Soo Song-Dong, Chong Ro-Gu, Seoul, Korea

23230-05611일
90. 11. 26승인

190㎜ × 268㎜ 인쇄용지(특급) 70g/㎡

# Seoul Central District Court

Seoul, Korea

Serviced on December 9, 2005

Decided on December 24, 2005

## Order for Payment

Case No.          2005 CHA 60081 Loans

Creditor :        Trustee in bankruptcy Chung, Mi Hwa and Kim, Jong Soo of bankrupt
                  Dong-A Mutual Savings & Finance Co.
                  Address : the same as contents of the annexed paper

Debtor :          Chung, Mong Hoon
                  Address : the same as contents of the annexed paper

Purport and cause of the claim : the same as contents of the annexed paper

The debtor shall pay the amounts on the purport of the claim to the creditor.

Costs of other urge process for payment shall be charged to the debtor.

The debtor can file a protest against this order within 2 weeks after serving this order.

December 2, 2005

Judgment    Kim, U Chan

> This is the original(to enforce a compulsory execution to the debtor Chung, Mong
> Hoon).
> January 6, 2006
> The clerical staff of court    Lee, Chung Wan

※ 1. If a debtor fail to submit a statement of protest within above periods, this payment
order will be effective as an irrevocable judgment. (A statement of protest by mail shall
arrive at the Court within above periods)

2. In case of a statement of protest by a debtor, a debtor shall submit a statement of protest and a separate written answer including concrete statements on cause of the claim of payment order, or a written answer within 30 days from receiving a payment order

3. In case that a creditor accept the original of payment order by decision of payment order, if such payment order include some conditions, compulsory execution can be conducted by this original without being given an execution statement except for a compulsory execution for a successor of a party concerned or to a successor of a party concerned.



# Written Application for Payment Order

Creditor :

Trustee in bankruptcy Chung, Mi Hwa, and

Kim, Jong Soo (working for trustee in bankruptcy Korea Deposit Insurance Corporation)

of bankrupt Dong-A Mutual Savings & Finance Co.



Debtor : 1. Chung, Mong Hoon

| Case on dunning for the payment of loans | |
|---|---|
| Amount claimed | ₩1,615,000,000 |
| Revenue stamp fee | ₩620,800 |
| Service fee | ₩23,680 |

**To Seoul Central District Court**

# Application for Payment Order

Creditor :

Trustee in bankruptcy Chung, Mi Hwa

  (address : 3-901, Hayang Apt., 32-5, Banpo-dong, Seocho-gu, Seoul, Korea), and

Kim, Jong Soo working for Korea Deposit Insurance Corporation

  (service address : 33, Da-dong, Jung-gu, Seoul, Korea

of bankrupt Dong-A Mutual Savings & Finance Co.

Debtor : 1. Chung, Mong Hoon (590706-1005417)

        Address : 76-1203, Hyundai Apt., (21/5), 456, Apgujeong-dong, Gangnam-

        gu, Seoul, Korea (zip-code : 135-080, tel. : 02-527-2700)

## Case on dunning for the payment of loans

### Amounts claimed

### ₩1,615,000,000

## Purport of the Claim

1. The debtor shall pay the creditors the amount of ₩3,194,602,739, interests about
   ₩1,615,000,000 of above amounts, at the annual rate of 19% from October 22,
   2005 to the date of full payment, and Costs of other urge process for payment.
2. Costs of urge process for payment shall be charged to the debtor.

The creditors claim for an order by the decision as above.

**Costs of urge process for payment : ₩644,480**

(Details)

1. Revenue stamp fee : ₩620,800

2. Service fee : 23,680

# Application for Payment Order

## 1. <u>Relationship between parties concerned</u>

A. Dong-A Mutual Savings & Finance Co.(hereinafter called "Dong-A Geumgo") according to the Mutual Savings & Finance Law had been conducting business on installment savings in mutual savings & finance and loans, sentenced bankruptcy from Seoul Central District Court due to insolvent operation dated (at 10:00) June. 15, 2001, and the plaintiff Chung, Mi Hwa as an trustee in bankruptcy was designated to the trustee in bankruptcy of bankrupt Dong-A Geumgo at the same time of above bankruptcy sentence and the plaintiff Kim, Jong Soo dated December 15, 2003 respectively.

B. Dong-A Geumgo merged with Hana Mutual Savings & Finance Co. (former Boram Mutual Savings & Finance Co. – hereinafter called "Geumgo before Bankruptcy")dated March 2, 2003.

C. Sungwoo Electronic Industrial Co., Ltd is the main debtor getting a loan after concluding loan transactions agreement with Geumgo before Bankruptcy as below <Table 1. Loans Status>

### <Table 1. Loans Status>

(As of October 21, 2005)                                                    (Unit : won)

| Loaned Item | Initial Loans | Date of Loan | Loan Balance | Delay Interests | Amounts | Surety |
|---|---|---|---|---|---|---|
| Discounted Bill | ₩1,615,000,000 | 2001-11-15 | ₩1,615,000,000 | ₩1,579,602,739 | ₩3,194,602,739 | Chung, Mong Hoon |

## 2. <u>Loans reimbursement debts occurred</u>

A. The creditor gave joint liability on guarantee as above <Table 1. Loans Status> when Geumgo before Bankruptcy get a loan after concluding a loan transactions agreement with Sungwoo Electronic Industrial Co., Ltd. (refer to No. 1 Evidence Gap : Loan Transactions Agreement)

B. The creditor, however, has not been reimbursing the balance of debts and its delay interests till now, passed due date (refer to No. 2 Evidence Gap : Customer General

Transactions Statement)

C. Loan Transactions Agreement of this case was made and by and between Geumgo
before bankruptcy and the debtor, both parties agreed that the Loan Transactions
Agreement will be made application of Loan Transactions Basic Provisions of
Mutual Savings & Finance at that time of agreement. Accordingly, the creditor
notified to debtors respectively according to the Item 3 (**"In case that the Geumgo
would change the rate • calculating ways • payment time and method of
interests and compensation for delay, a debtor shall comply with the changed
things if such changes are happened within the maximum rate prescribed in
the Law due to financial cause. In this case, the Geumgo shall notify such
changes to a debtor <Revision July 10, 1998>"**) of Article 3 (Interests and
compensation for delay) of the Loan Transactions Basic Provisions of Mutual
Saving & Finance, calculated compensation for delay from April 1,1999 at the
annual rate of 19%. (refer to No. 3 Evidence Gap – Loan Transactions Provisions
of Mutual Savings & Finance - and No. 4 Evidence Gap – Report on change of
syndicate loans overdue rate)

## 3. Conclusion

Therefore, the creditors claim to be paid loan balance of above <Table 1. Loans Status>
and its overdue interests amounts of ₩3,194,602,739, and interests about
₩1,615,000,000 of above amounts at the annual rate of 19% from October 22, 2005 to
the date of full payment, and costs of urge process for payment, from the debtor.

# Proof Methods

1. No. 1 Evidence Gap       Loan Transactions Agreement
2. No. 2 Evidence Gap       Customer General Transactions Statement
3. No. 3 Evidence Gap       Loan Transactions Basic Provisions of Mutual Savings
                                     & Finance
4. No. 4 Evidence Gap       Report on change of syndicate loans overdue rate

# Attached Documents

1. Above Proof Methods            1 copy respectively
2. Power of Appointment for a Lawsuit    1 copy

October, 2005

Above Plaintiff :

Trustee in bankruptcy Chung, Mi Hwa
  (address : 3-901, Hayang Apt., 32-5, Banpo-dong, Seocho-gu, Seoul, Korea), and
Kim, Jong Soo working for trustee in bankruptcy Korea Deposit Insurance Corporation
  (address : 33, Da-dong, Jung-gu, Seoul, Korea)
of bankrupt Dong-A Mutual Savings & Finance Co.

# To Seoul Central District Court

This original copy was offered to the successor of the creditor, trustee in bankruptcy Korea Deposit Insurance Corporation of Dong-A Mutual Savings & Finance Co. to enforce a compulsory execution to the debtor, Chung, Mong Hoon



Date : January 28, 2008

## Seoul Central District Court

The clerical staff of court          Na, Sam Chae



135-080

(종합민원실 92단독)

서울중앙지방법원



# 지 급 명 령

사　건　2005차 60081　대여금

채 권 자　파산자 주식회사 동아상호신용금고의 파산관재인 정미화,김종수

주소　별지 기재와 같다.

채 무 자　정몽훈

주소　별지 기재와 같다.

　　　　　　　2005 .12 .9 . 송달, 2005 .12 .24 . 확정

청구취지와 원인　별지 기재와 같다.

채무자는 채권자에게 별지 기재의 금액을 지급하라.

별지 독촉절차비용은 채무자가 부담한다.

채무자는 이 명령이 송달된 날부터 2주일 이내에 이의신청을 할 수 있다.

2005. 12. 2.

판 사　김 우 찬

위 정본임(채무자 정몽훈에 대한 강제집행을 실시하기 위한 것임).

2006. 1. 6.

법원주사 이○○

※ 1. 채무자가 위 기간 이내에 이의신청서를 제출하지 않으면 이 지급명령은 확정판결과 같은 효력을 가집니다(우편에 의한 이의신청서는 위 기간 내에 법원에 도착하여야 합니다).
2. 채무자가 이의신청을 하는 경우에는 이의신청서와 별도로 지급명령의 청구원인에 대한 구체적인 진술을 적은 답변서를 함께 제출하거나, 늦어도 지급명령을 송달받은 날부터 30일 이내에 답변서를 제출하여야 합니다.
3. 지급명령이 확정되어 채권자가 지급명령정본을 송달받은 경우에는 지급명령에 조건이 붙은 경우, (당사자의 승계인을 위하여 또는 당사자의 승계인에 대하여 강제집행을 하는 경우를 제외하고는) 집행문을 부여받을 필요없이 이 정본에 의하여 강제집행을 할 수 있습니다.

# 지 급 명 령 신 청 서

채권자  파산자 주식회사 동아상호신용금고의

　　　　파산관재인 정미화,

　　　　파산관재인 예금보험공사 직원 김종수

채무자  1. 정 봉 훈



| 대여금 청구 독촉사건 | | |
|---|---|---|
| 청구금액 | 금 | 1,615,000,000원정 |
| 인 지 대 | 금 | 620,800원정 |
| 송 달 료 | 금 | 23,680원정 |

서 울 중 앙 지 방 법 원 　　　귀 중

# 지 급 명 령 신 청

채권자   파산자 주식회사 동아상호신용금고외

　　　　파산관재인 정미화(서울 서초구 반포동 32-5 한양아파트 3-901)

　　　　파산관재인 예금보험공사 직원 김종수(서울 중구 다동 33)

　　　　(송달주소 : 서울 강남구 역삼동 705-19 (우 : 135-080, tel 02-527-2700))


채무자   1. 정 몽 훈(590706-1005417)

　　　　　서울특별시 강남구 압구정동 456 (21/5) 현대아파트 76-1203(우 : 135-110)



## 대여금 청구 독촉사건

### 청 구 금 액

 금  1,615,000,000원정

### 청 구 취 지

1. 채무자는 채권자에게 금 3,194,602,739원 및 위 금원 중 금 1,615,000,000원에 대하여 2005. 10. 22.부터 다 갚는 날까지 년 19%의 비율에 의한 금원 및 독촉절차비용을 각 지급하라.

2. 독촉절차비용은 채무자들의 부담으로 한다.

라는 결정의 명령을 구합니다.


#### 독촉절차비용 금 644,480원정

(내    역)

1.인지대 :　 620,800원

2.송달료 :　  23,680원

# 지 급 명 령 신 청

## 1. 당사자들의 관계

가. 소의 주식회사 동아상호신용금고(이하 '동아금고'라 합니다)는 상호신용금고법에 의거 신용부금업무, 자금의 대출업무 등을 영위하여 오던 중 경영부실로 2001. 6. 15. 10:00 서울(중앙)지방법원으로부터 파산 선고를 받아, 파산관재인으로 원고 정미화는 위 파산선고와 동시에, 원고 김종수는 2003. 12. 15. 파산자 동아금고의 파산관재인으로 각 선임되었습니다.

나. 동아금고는 2000. 3. 2 주식회사 하나신용금고(구상호 : 주식회사 보람상호신용금고 - 이하 '파산전 금고'라 합니다.)를 합병하였습니다.

다. 소외 성우전자 주식회사는 아래 <표 1. 대출금 현황>에서와 같이 파산전 금고와 여신거래약정을 체결한 후 대출을 받은 주 채무자이며, 채무자 정몽훈은 동 대출금에 대한 연대보증인 입니다.

### <표 1. 대출금 현황>

(2005. 10. 21. 현재)                                                        (단위 : 원)

| 대출과목 | 최초대출액 | 대출일자 | 대출잔액 | 지연이자 | 합계 | 보증인 |
|---|---|---|---|---|---|---|
| 할인어음 | 1,615,000,000 | 2001-11-15 | 1,615,000,000 | 1,579,602,739 | 3,194,602,739 | 정몽훈 |

## 2. 대여금 반환채무의 발생

가. 상기의 <표1. 대출금 현황>과 같이 채무자는 파산전 금고와 소외 성우전자 주식회사가 여신거래약정을 체결한 후 대출을 받을 때 연대보증 하였습니다.(갑 제1호증 여신거래약정서 참조)

나. 그런데 채무자는 대출금의 상환만기일이 훨씬 지난 지금까지도 잔여채무 및 이
　　에 대한 지연이자를 상환하지 않고 있습니다.(갑 제2호증 고객 종합거래 명세서
　　참조)

다. 이 사건 여신거래약정서는 파산전 금고와 채무자 사이에 체결된 것으로서 상호
　　신용금고여신거래기본약관의 적용을 받도록 합의를 하였고, 이에 따라 채권자는
　　상호신용금고여신거래기본약관 제3조(이자 등과 지연배상금) 제3항("금고가 이자
　　등과 지연배상금의 율·계산방법·지급의 시기 및 방법을 변경한 경우에 채
　　무자는 그것이 금융사정의 변화로 인하여 법령에 정한 최고율의 범위 내에서
　　상응하게 변경된 때에는 그 변경된 바에 따르기로 한다. 이 경우 금고는
　　그 내용을 채무자에게 통지한다.<개정 98. 7.10.>")에 의하여 채무자별 개별통지
　　를 하였으며, 1999. 4. 1.부터 지연배상금을 산출함에 있어 연이율 19%를 적용하
　　였습니다.(갑 제3호증 상호신용금고 여신거래 약관 및 갑 제4호증 재단 대출금
　　연체이율 변동내역 보고 참조)



3. 결 론

이에 채권자는 채무자로부터 아직 변제받지 못한 상기 <표1. 대출금현황>의 대출금
잔액 및 지연이자 합계 금3,194,602,739원 및 위 금원 중 금1,615,000,000원에 대하여
2005. 10. 22.부터 다 갚는 날까지 연 19%의 비율에 의한 지연손해금 및 독촉절차
비용을 지급 받고자 본 신청에 이른 것입니다.

# 입 증 방 법

1. 갑 제1호증            여신거래약정서
1. 갑 제2호증            고객종합거래명세서
1. 갑 제3호증            상호신용금고여신거래기본약관
1. 갑 제4호증            재단 대출금 연체이율 변동내역 보고

# 첨 부 서 류

1. 위 입증방법                              각 1부
1. 소송위임장                               1부



2005.  10.

위  원고   파산자 주식회사 동아상호신용금고의
            파산관재인  정 미 화
            서울 서초구 반포동 32-5 한양아파트 3-901
            파산관재인  예금보험공사 직원 김 종 수
            서울 중구 다동 33

서울중앙지방법원 귀중



이 정본은 사법보좌관의 명령에 의하여 채무자 정몽훈에 대한 강제집행을

실시하기 위하여 채권자승계인 주식회사 동아상호신용금고의 파산관재인

예금보험공사에게 내어 준다.




2008.  1.  28.

서울중앙지방법원

법원주사 나 삼 채


공증인가 법무법인 한미

[제45호서식]                               Tel : 398-5956~7  Fax : 398-5958

위 번역문은 원문과 상위 없음을

서약합니다.

2008 .  2.    1.

서약인  

---

등부 2008 년 제 1437 호

인   증

위  오 강 섭    은

본직의 면전에서 위 번역문이 원문

과 상위없음을 확인하고 서명날인

하였다.

2008 .  2.    1. 이 사무소에서

위 인증한다.



공증인가 법무법인 한 미

서울특별시 종로구 수송동146-1

이마빌딩 301호

공증담당  변 호 사



김  철  기

---

I swear that the attached translation

is true to the original.

February   1st , 2008

_oh,kang sub_
Signature

Registered No.   2008 - 1437

NOTARIAL CERTIFICATE

    Oh, Kang-Sub        personally

appeared before me, confirmed

that the attached translation is

true to the original and subscribed

his(her) name.

This is hereby attested

on this  1st day of February

2008      at this office

HANMI LAW AND
NOTARY OFFICE

Leema B/D 301, 146-1 Soo Song-Dong,
Chong Ro-Gu, Seoul, Korea

Attorney-at- Law

Kim Cheol Gee

CHEOL GEE KIM

This office has been authorized by
the Minister of Justice, the Republic
of Korea to act as Notary Public
since March 14, 2007
under Law No. 7428.

23230-05711일
90.11. 26 승인                              190mm × 268mm 인쇄용지(특급) 70g/㎡

# EXHIBIT B

REPUBLIC OF KOREA                         )
SPECIAL CITY OF SEOUL                     )  S.S.
EMBASSY OF THE UNITED STATES OF AMERICA   )

I certify that the official named below, whose true signature and official seal

are, respectively, subscribed and affixed to the annexed document, was, on

this _____day of ___**2 6 FEB 2008**___ , 20_____, empowered to act in the

official capacity designated in the annexed document, to which faith and

credit are due.


CHOONG  HYUN  CHOI
_____
(Typed Name of Official)

_____
(Signature of Consular Officer)
**Andr**ew H.**Choi**
**Vice Consul**
_____
(Typed Name of Consular Officer)

Vice Consul  of the United States of America
_____
(Title of Consular Officer)


**2 6 FEB 2008**
_____
(Date)


SEO-223

# 공증인가 법무법인 한미

[제41호 서식]                                    Tel : 398-5956~7  Fax : 398-5958

Registered No.    2008   –   2591

# NOTARIAL   CERTIFICATE

## MI LAW AND NOTARY OFFICE

Leem ... 801, 146-1 Soo Song-Dong, Chong Ro-Gu, Seoul, Korea

23230-05611일
90. 11. 26승인                        190㎜ × 268㎜ 인쇄용지(특급) 70g/㎡

# Certificate of Delivery regarding the Issuance of the

# Execution Clause to Succeed

Case No.: 2005 Cha 60081 Loans

Creditor: Trustee in bankruptcy Jeong, Mi Hwa and Kim, Jong Soo of a bankrupt
Dong-A Mutual Savings & Finance Co.

**(Successor)**

■ Korea Deposit Insurance Corporation, a trustee in bankruptcy of a bankrupt Dong-A
Mutual Savings & Finance Co.

Debtor :    Chung, Mong Hoon

Please verify that the notice of the issuance of the execution clause to succeed regarding
the case as above statement was delivered to the debtor, Chung, Mong Hoon on Feb. 05,
2008.

2008,        ,

Korea Deposit Insurance Corporation,
a trustee in bankruptcy of a bankrupt Dong-A Mutual Savings & Finance Co. (Sealed)

Address: 705-19 Yeoksam-dong, Gangnam-gu,Seoul,Korea
(Delivery Address: F10 Hanseok B/D, 809-10 Yeoksam-dong, Gangnam-gu, Seoul, Korea)
(☎02-558-2612)

This is to certify that the above statement is true
Feb. 13, 2008

The clerical staff of court        Na, Sam Chae (Affixed seal)

# Seoul Central District Court



2005CHA 60081          **Post Delivery Notice**          Sending date: Jan.30, 2008   Fee: 3,020 won

(Abstract)

| Department of Documents No. 92 | Cause of failed delivery | | | |
|---|---|---|---|---|
| | Cause | 1st | 2nd | 3rd |
| 0. Served document : Issuance of the execution to succeed | 1. Absence | | | |
| | 2. Absence(No receiver) | ● | | |
| | 3.Unknown receiver | | | |
| Seoul Central District Court (zipcode: 137-737) | 4.Unknown address | | | |
| 0. Sender : The clerical staff of court Sin, Seung Yeop | 5.Moving out | | | |
| | 6. Others | | | |
| 0. Receiver : 135-110 | 7. Wrong delivery | | | |
| 76-1203   Hyundai   APT.   456 Apgujeing-dong, Gangnam-gu, Seoul, Korea | Initial delivery date | Feb.4,2008 | | |
| Chung, Mong Hoon | Post officer | Jo, Yeong Bin (Seal) | | |

| Delivery method | Receiver | | |
|---|---|---|---|
| | Name | Relationship | Signature/Seal |
| 1. The above stated document was served to the person | Chung, Mong Hoon | Himself | |
| Served date | Feb. 05, 2008 | | |
| Served place | 76-1203 Hyundai APT. 456 Apgujeong-dong, Gangnam-gu, Seoul, Korea | | |
| Officer In charge | The above stated document was served to the above stated person. | | |

Feb. 05, 2008

Seoul Gangnam District Post office

Post officer     Jo, Yeong Bin (Seal)

2005CHA 60081

Department of Documents No. 92

8410929

# 승 계 집 행 문 부 여 에 대 한 송 달 증 명 원

사       건 : 2005차 60081 대여금

채 권 자 : 파산자 주식회사 동아상호신용금고의 파산관재인 정미화
                                              파산관재인 김종수

(승계인)
■   파산자 주식회사 동아상호신용금고의 파산관재인 예금보험공사

채 무 자 : 정 몽 훈

        위 당사자간 2005차 60081 대여금 사건에 대하여 승계집행분
부여에 대한 승계집행문부여 통지서가 2008 . 2 . 5 . 채무자 정몽훈에게
송달되었음을 증명하여 주시기 바랍니다.

                                                위 증명 합니다.
                                                200 2008년 2월 13
                                                시 ○ 지방법

        서기 2008년      월      일    법원주사 나 삼

                위 채권자 파산자 주식회사 동아상호신용금고의
                        파산관재인    예금보험공사
                        서울 강남구 역삼동 705-19
                (송달장소 : 서울 강남구 역삼동 809-10 한석B/D10층)
                        ( ☎ 02-558-2612 )

서 울 중 앙 지 방 법 원                    귀중

2005차60081  우편송달통지서  발송일:2008.1.30. 요금:3,020원

기록관리과 제92단독

0.송달서류 승계집행문등본

서울중앙지방법원 (우:137-737)
0.발송하는 사람  법원주사 신승엽
0.송달받을 사람  135-110
　　　　　　　서울 강남구 압구정동
　　　　456 현대아파트 76-1203호

　　　기타

　　　정몽훈

| 배 달 못 한 사 유 | | | |
|---|---|---|---|
| 구분/회수 | 1회 | 2회 | 3회 |
| 1. 수취인부재 | | | |
| 2. 폐문 부재 | ● | | |
| 3. 수취인불명 | | | |
| 4. 주소 불명 | | | |
| 5. 이사 불명 | | | |
| 6. 기　타 | | | |
| 7. 잘못된송달 | | | |
| 배달 날짜 | 2008. 2.4. | | |
| 집배원 확인 | 조영빈　(인) | | |
| 사유 기재 | | | |

| 송 달 방 법 | | 영　　수　　인 | | |
|---|---|---|---|---|
| | | 이　름 | 관　계 | 서명 또는 날인 |
| 1 | 본인에게 주었다. | 정몽훈 | 본인 | |
| 2 | 본인을 만나지 못하여 ① 내지 ③ 사람에게 주었다. | ① 본인 영업소,사무소의 사무원 또는 피용자 | | |
| | | ② 본인주소,거소의 동거인 | | |
| | | ③ 본인 근무장소의 사용자, 종업원등 | | |
| 3 | ① 내지 ③ 사람이 수령을 거부하므로 그 장소에 서류를 두었다. | ① 송달받을 본인 | | |
| | | ② 본인 영업소,사무소의 사무원 또는 피용자 | | |
| | | ③ 본인주소,거소의 동거인 | | |
| 송 달 한 날 짜 | | 2008 년 2 월 5 일 11:05 | | |
| 송 달 장 소 | | 서울 강남구 압구정동 456 현대아파트 76-1203호 | | |
| 접　수　인　란 | | 위와 같이 송달하였습니다.　　2005차60081<br>2008 년　 2 월　 5 일　기록관리과<br>서울강남 우체국　　제92단독<br>우편집배원　조영빈　　(인) 8410929 | | |

주의: 1. 송달방법 중 해당하는 팡복(송달방법 [3]의 경우에는 수령을 거부한 사람)의 영수인란에 이름 및 관계를 적기 바랍니다.(송달방법 [2] [3] 란은 송달받을 사람의 근무장소에서 송달서류를 전달한 경우에 한하여 그 내용을 적기 바랍니다).
2. 송달받은 사람으로 하여금 영수인란에 직접 서명 또는 날인하게 하기 바랍니다. 집배원이 대필한 경우에는 "대필"이라고 적어야 합니다. 송달방법 [3]의 경우에는 모두 집배원이 서명 또는 날인하기 바랍니다.
3. [송달장소]란에는 시.군.읍.면.동.번지 등을 상세하게 명확히 기입하기 바랍니다. 다만, 우체국 창구에서 교부한 때에는 "○○우체국 창구"다고만 적기 바랍니다.
4. 우측 상단의 [배달못한 사유] 중 [6. 기타]란에는 1 내지 5의 송달불능사유 어디에도 해당되지 아니하는 경우에 표시하고, [사유기재란]에는 위와 같은 사유 및 우편집배원이 배달하는 과정에서 알게 된 특이사항(예 : 송달받을 사람의 장기여행, 군 입대, 교도소 수감 등)을 간략히 적기 바랍니다.

# 공증인가 법무법인 한미

[제45호서식]                                    Tel : 398-5956~7  Fax : 398-5958

| | |
|---|---|
| 위 번역문은 원문과 상위 없음을 | I swear that the attached translation |
| 서약합니다. | is true to the original. |
| 2008 . 2. 26 . | February 26th, 2008 |
| 서약인 오 강 섭 | *Oh, Kang Sub* |
| | Signature |

등부 2008 년 제 2591 호         Registered No.   2008 - 2591

## 인   증                         ## NOTARIAL CERTIFICATE

위 오 강 섭   은                      Oh, Kang-Sub            personally
본직의 면전에서 위 번역문이 원문      appeared before me, confirmed
과 상위없음을 확인하고 서명날인      that the attached translation is
하였다.                              true to the original and subscribed
2008 . 2. 26 . 이 사무소에서        his(her) name.
위 인증한다.
                                    This is hereby attested
                                    on this 26th day of February
                                    2008       at this office

공증인가  법무법인 한 미             *HANMI LAW AND*
서울특별시 종로구 수송동146-1         *NOTARY FFICE*
이마빌딩 301호                       Leema B/D 301, 146-1 Soo Song-Dong,
                                    Chong Ro-Gu, Seoul, Korea

  공증담당  변호사                    Attorney-at- Law

  최  충  현          C. H. Choi

                     *CHOONG HYUN CHOI*

                                    This office has been authorized by
                                    the Minister of Justice, the Republic
                                    of Korea to act as Notary Public
                                    since March 14, 2007
                                    under Law No. 7428.

23230-05711일                        190mm × 268mm 인쇄용지(특급) 70g/m²

JS-44
(Rev.1/05 DC)

## I. (a) PLAINTIFFS

KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF
BANKRUPT DONG-A MUTUAL SAVINGS & FINANCE COMPANY
705-19 Yeoksam-dong
Gangnam-gu
Seoul, Republic of Korea

## DEFENDANTS

Mong Hoon Chung, 4381 Westover Place, NW,
Washington, DC 20016

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ Korea
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ross A. Spector, Esq. (DC Bar #449359)
SPECTOR & BENNETT, APC (415) 439-5390
50 California Street, 15th Floor
San Francisco, California 94111

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 2 U.S. Government
Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ◉ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/
Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency
Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

○ **D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**        OR        ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☒ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC Section 1332  Enforcement of Foreign Country Money Judgment

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** 4,013,905.10   Check YES only if demanded in compla<br>**JURY DEMAND:**   YES ☐   NO ☒ |
|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form. |
|---|---|---|---|

DATE  May 2, 2008          SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.