CO-386-online
10/03

# United States District Court
# For the District of Columbia

KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY
OF BANKRUPT DONG-A MUTUAL SAVINGS & FINANCE COMPANY
705-19 Yeoksam-dong
Gangnam-gu
Seoul, Republic of Korea,

                      Plaintiff

vs

Mong Hoon Chung, 4381 Westover Place, NW, Washington, DC 20016

                      Defendant

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __KOREA DEPOSIT INSURANCE CORPORATION, et al.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __KOREA DEPOSIT INSURANCE CORPORATION, et al.__ which have any outstanding securities in the hands of the public:

None known of.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

449359
BAR IDENTIFICATION NO.

Ross A. Spector, Esq.
Print Name

SPECTOR & BENNETT, APC, 50 California Street, 15th Floor
Address

San Francisco, CA 94111
City      State      Zip Code

(415) 439-5390
Phone Number