ROSS A. SPECTOR, ESQ. (DC Bar #449359)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390
Telefax: (415) 707-2064

Attorneys for Plaintiff Korea Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt Dong-A Mutual Savings & Finance Company

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF BANKRUPT DONG-A MUTUAL SAVINGS & FINANCE COMPANY**<br>705-19 Yeoksam-dong<br>Gangnam-gu<br>Seoul, Republic of Korea<br><br>        Plaintiff,<br><br>vs.<br><br>**MONG HOON CHUNG**<br>4381 Westover Place, NW<br>Washington, DC 20016,<br><br>        Defendant.<br>_____/ | Case No: 08-cv-00861-RMU<br><br>**AFFIDAVIT OF ROSS A. SPECTOR IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT/MILITARY AFFIDAVIT** |

I, Ross A. Spector, hereby declare and state as follows:

1.        I am an attorney duly licensed to practice law before all courts of the District of Columbia. I am a member of the law firm of Spector & Bennett, A Professional Corporation, attorneys of record for plaintiff herein, Korea Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt Dong-A Mutual Savings & Finance Company.

**AFFIDAVIT OF ROSS A. SPECTOR IN SUPPORT OF DEFAULT JUDGMENT**                                                           **1**

2.   On June May 24, 2008 the Summons and Complaint in this action were served upon defendant MONG HOON CHUNG as appears from the Proof of Service filed with this court on June 18, 2008.

3.   The time within which said defendant may answer or otherwise move as to the Complaint herein has expired. Said defendant has not answered or otherwise moved and, additionally, the time for said defendant to answer or otherwise move has not been extended.

4.   Judgment was entered on January 6, 2006 in case number 2005 CHA 60081 of the Seoul (republic of Korea) Central District Court against Chung in the sum of KRW 3,194,602,739 plus interest at the rate of 19% per annum from October 22, 2005 until the judgment is paid in full. Interest from October 22, 2005 through and including May 2, 2008 on said KRW 1,615,000,000 loan principal amount totals KRW 775,952,191. Attached as Exhibit B to the Complaint filed in this matter is a true and correct, original certified translation of the judgment (Order for Payment). The total amount due as of May 2, 2008 totals KRW 3,970,554,930. On the date judgment was entered the exchange rate was US$1 = KRW 989.2. Accordingly, as of May 2, 2008 the total amount due in U.S. dollars on the judgment entered in Korea on January 6, 2006 in case number 2005 CHA 60081 is $4,013,905.10.

5.   With regard to the above-referenced Korean court proceeding, Chung was personally served with the Order for Payment attached to the Complaint as Exhibit B on December 9, 2005 in Korea. Said Order for Payment specifically provides on its first page that the Order for Payment becomes an irrevocable judgment should Chung not respond to it within two weeks. Chung never responded to the Order for Payment, within two weeks or at any time thereafter. The subject judgment is valid and enforceable in Korea and is final and conclusive.

**AFFIDAVIT OF ROSS A. SPECTOR IN SUPPORT OF DEFAULT JUDGMENT**                              **2**

6.    Therefore, the total amount due and owing plaintiff by defendant is $4,013,905.10. Costs are sought in the amount of $350.00 for the complaint filing fee.

7.    I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training

//

//

//

//

and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service. The undersigned is unaware as to if and where the defendant may be employed.

**AFFIDAVIT OF ROSS A. SPECTOR IN SUPPORT OF DEFAULT JUDGMENT**    **3**

1  I declare under penalty of perjury under the laws of the United States of America and the
2  District of Columbia that the foregoing is true and correct.
3  
4  Executed on this 16th day of July, 2008 at San Francisco, California.

/s/
_____
Ross A. Spector, Esq.
SPECTOR & BENNETT, APC
50 California Street, 15th Floor
San Francisco, California 94111
415/439-5390

**AFFIDAVIT OF ROSS A. SPECTOR IN SUPPORT OF DEFAULT JUDGMENT**     **4**