ROSS A. SPECTOR, ESQ. (DC Bar  #449359)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California  94111
Telephone:  (415) 439-5390
Telefax:      (415) 707-2064

Attorneys for Plaintiff Korea Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt Dong-A Mutual Savings & Finance Company

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF BANKRUPT DONG-A MUTUAL SAVINGS & FINANCE COMPANY** | Case No: 08-cv-00861-RMU |
| 705-19 Yeoksam-dong Gangnam-gu Seoul, Republic of Korea | **DEFAULT JUDGMENT BY CLERK** |
| Plaintiff, | |
| vs. | |
| **MONG HOON CHUNG** 4381 Westover Place, NW Washington, DC 20016, | |
| Defendant. | |
| _____/ | |

Defendant MONG HOON CHUNG having been regularly served with process other than by publication, having failed to appear and answer plaintiff's complaint within the time allowed by law, the default of said defendant having been duly entered, and on application of plaintiff for a Default Judgment by Clerk:

**DEFAULT JUDGMENT**                                                                                        1

1

2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Korea

Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt Dong-A Mutual Savings &

Finance Company shall recover from defendant MONG HOON CHUNG the sum of:

|         |              |
|---------|--------------|
| Damages | $4,013,905.10 |
| Costs   | $      350.00 |
| **Total** | **$4,014,255.10** |

Dated:

BY _____

CLERK, UNITED STATES DISTRICT COURT