AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

Case No. 08-cv-00861-RMU

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/24/08 @ 1:48 p.m. |
| NAME OF SERVER (PRINT)<br>Gary Dean | TITLE<br>Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mong Yong Chung - Brother

Served at 4381 Westover Place, N.W., Washington, DC  20016

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/24/08                    *(signature)*
             Date                       Signature of Server

P.O. Box 18647, Washington, DC  20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.