CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KOREA DEPOSIT INSURANCE CORPORATION
Plaintiff(s)

vs.

Civil Action No. 08-cv-00861-RMU

MONG HOON CHUNG
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this **17th** day of **July**, **2008**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **Mong Hoon Chung** was [were] (select one):

- [X] personally served with process on **May 24, 2008**.
(Substitute service - FRCP 4(e)(2)(B) - see Return of Service)
- [ ] served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

- [ ] served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

- [ ] The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
- [X] no extension has been given and the time for filing has expired
- [ ] although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ross A. Spector, Esq.
Spector & Bennett, APC
50 California St., 15th Floor
San Francisco, CA 94111
(415) 439-5390

449359
Bar Id. Number

Name, Address and Telephone Number