Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

KOREA DEPOSIT INSURANCE CORP.

    Plaintiff(s)

V.

Civil Action No. 08-861 RMU

MONG HOON CHUNG

    Defendant(s)

RE: MONG HOON CHUNG

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 24, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens

Deputy Clerk